UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Subpoena for Documents from

eNOM, INC.

Case No. C18-0962RSL

**ORDER QUASHING SUBPOENA**

This matter comes before the Court on an unnamed domain owner's motion to quash a subpoena issued to eNOM, Inc., in a civil case pending in the Western District of Virginia. The discovery was sought by Michael Peinovich, a defendant in the underlying litigation. All claims against Mr. Peinovich have now been dismissed. Sines v. Kessler, C17-0072NKM, Dkt. # 335-36 (W.D. Va. July 9, 2018). To the extent the identity of the unnamed domain owner was ever relevant to Mr. Peinovich's defense, any such relevance has now disappeared.

Because the information sought is not relevant to any claim or defense in the underlying litigation, the motion to quash is GRANTED.

Dated this 7th day of September, 2018.

Robert S. Lasnik
United States District Judge

ORDER